UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYA JACKSON,<br><br>                              Plaintiff,<br><br>           -v-<br><br>GALAXY NYACK, INC, *et al.*,<br><br>                              Defendants. | 20-cv-4319 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

A review of the Court records indicates that the Complaint in this action was filed on June 5, 2020, and that there is no proof of service of the Summons and Complaint on file. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 90 day time period for service of Plaintiff's Complaint has expired. Plaintiff is directed to have the Summons and Complaint promptly served on Defendants. If service is not made upon Defendants or Plaintiff fails to show good cause why such service has not been effected by November 30, 2020, the Court may dismiss this Action.

SO ORDERED.

Dated: October 26, 2020
       White Plains, New York

                                                                    _____
                                                                           KENNETH M. KARAS
                                                                       United States District Judge